**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2438**

BROADNAX KEITH RODERICK, Dba. Keith Roderick Broadnax;
GRAVES RODNEY RYAN, Dba. Rodney Ryan Graves,

        Petitioners – Appellants,

        v.

LAWRENCE J. HOGAN, JR., Governor, Chief Executive Officer
and Chief Magistrate of the State of Maryland; BRIAN E.
FROSH, Dba. Attorney General of the State of Maryland,

        Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, Senior District
Judge. (8:15-cv-02805-DKC)

Submitted: April 29, 2016        Decided: May 17, 2016

Before SHEDD and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Broadnax Keith Roderick; Graves Rodney Ryan, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Roderick Broadnax and Rodney Ryan Graves appeal the district court's order dismissing their complaint under Fed. R. Civ. P. 8(a). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Roderick v. Hogan, No. 8:15-cv-02805-DKC (D. Md. Oct. 13 & Nov. 16, 2015). We deny Appellants' motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED